AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>SEITU SULAYMAN KOKAYI<br><br>*Defendant(s)* | Case No. 18-MJ-406<br><br>**UNDER SEAL** |

*[Filed stamp: AUG 22 2018, CLERK, U.S. ...]*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  August 2, 2018 - August 19, 2018  in the county of  Alexandria  in the  Eastern  District of  Virginia , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 2422(b) | Coercion and enticement of a juvenile to engage in unlawful sexual activity. |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Sean Clark, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date:  8/22/18

/s/
Theresa Carroll Buchanan
United States Magistrate Judge
Judge's signature

City and state:  Alexandria, Virginia     Hon. Theresa Carroll Buchanan, Magistrate Judge
Printed name and title